UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 07-20563-CR-GRAHAM(s)

UNITED STATES OF AMERICA

        Plaintiff,

vs.

FREDY VILLAFUERTE,

        Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon Defense Counsel's CJA Voucher for Attorney's Fees.

**THE MATTER** was referred to Magistrate Judge Peter R. Palermo on April 1, 2008. A Report and Recommendation was filed on May 13, 2008, recommending payment in the amount of $13,793.60 as to voucher number FLS071846 The Court has conducted a de novo review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that the Report and Recommendation of United States Magistrate Judge Peter R. Palermo, is hereby Adopted and Approved in its entirety.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 19th day of May, 2008.

_____
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

Copied: Susan K. Bozorgi, Esq.